Landis *v.* Landis.

WILLIAM R. MOREHEAD, assignee &c., appellant,

*v.*

THE METROPOLITAN NATIONAL BANK OF NEW YORK,
respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Metropolitan Bank* v. *Morehead, 11 Stew. Eq. 493.*

*Mr. Charles Borcherling,* for appellant.

*Mr. R. V. Lindabury,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the ordinary.

---

MATILDA T. LANDIS, appellant,

*v.*

JOHN L. BURK and CHARLES K. LANDIS, respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Landis* v. *Landis, 14 Stew. Eq. 119.*

*Messrs. Leaming & Black,* for appellant.

*Mr. D. J. Pancoast,* for respondent Burk.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.